## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREEDOM WATCH,
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC, 20006


            Plaintiffs,

v.

FOOD & DRUG ADMINISTRATION
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857


            Defendants.

## COMPLAINT

Plaintiff FREEDOM WATCH, INC. ("Plaintiff") brings this action against Defendant the

Food & Drug Administration ("FDA") to compel compliance with the Freedom of Information

Act, 5 U.S.C.§ 552 ("FOIA"). As grounds therefore, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5. U.S.C. § 552(a)(4)(B)

and 28 § U.S.C 1331.

2.      Venue is proper in this district pursuant to 28. U.S.C. § 1391(e)

## PARTIES

3.      Plaintiff Freedom Watch, Inc. is a 501(c)(3), non-profit, public interest foundation

organized under the laws of the District of Columbia and having its principal place of business at

2020 Pennsylvania Ave., NW Suite 345, Washington, DC, 20006. Plaintiff seeks to promote

openness within the federal government and its actions. Plaintiff regularly requests records under

FOIA to shed light on the operations of the federal government and to educate the public about

these operations. Plaintiff then analyzes the agency records and disseminates the results of its

analysis to the public.

4.      Defendant is an agency of the U.S. Government. Defendant has possession,

custody, and control of records to which Plaintiff seeks access.

**STATEMENT OF FACTS**

5.      On June 29, 2016, Plaintiff sent a FOIA requests to Defendant FDA by facsimile,

seeking the production of agency records relating to the antibiotic, Levaquin, former FDA

Commissioner Dr. Margaret Hamburg, Johnson & Johnson, Johnson & Johnson Pharmaceutical

Research and Development L.L.C., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and the

directors and Co-CEOs of the New York based hedge fund Renaissance Technologies, L.L.C. A

true and correct copy of Plaintiff's FOIA Request and Proof of Service are attached hereto as

**Exhibit A**.

6.      Defendant FDA was required to determine whether to comply with Plaintiff's

FOIA Request within 20 days, excepting Saturdays, Sundays, and legal public holidays, pursuant

to 5 U.S.C.§ 552(a)(6)(A). Pursuant to this same provision, Defendant FDA was also required to

notify Plaintiff immediately of this determination, the reasons therefore, and the right to appeal

any adverse determination to the head of the agency. Excluding weekends, and since there were

no legal public holidays within the timeframe, Defendant FDA was required to make its

determination and provide Plaintiff with requisite notifications regarding Plaintiff's FOIA

Request by July 29, 2016.

7.      As of the date of this Complaint, Defendant FDA failed to make bona fide, good faith determinations about whether they will comply with Plaintiff's requests. Nor has Defendant FDA produced any records responsive to Plaintiff's request, indicated when any responsive records will be produced, or demonstrated that specific responsive records are exempt from production. Defendant FDA failed, in bad faith, to respond in any way to the FOIA Request attached hereto as **Exhibit A**.

<u>**FIRST CAUSE OF ACTION**</u>
**(Violation of FOIA, 5 U.S.C. § 552)**
**Against Defendant FDA**

8.      Plaintiff realleges paragraphs 1 through 7 as if fully stated herein.

9.      Defendants are unlawfully withholding records requested by Plaintiff's FOIA Request pursuant to 5 U.S.C. § 552 as set forth in Exhibit A, which is incorporated herein by reference.

10.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

11.     Plaintiff respectfully requests a FOIA fee waiver pursuant to 5 U.S.C. § 552, as Plaintiff is a non-profit, public interest organization that seeks to promote openness within the federal government and their actions. Plaintiff regularly requests records under FOIA to shed light on the operations of the federal government and to educate the public about these operations. Plaintiff then analyzes the agency records and disseminates the results of its analysis to the public at large.

WHEREFORE, Plaintiff respectfully request that the Court: (1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate

that it employed search methods reasonably likely to lead to the discovery of records responsive

to Plaintiff's FOIA Request; (2) order Defendant to produce, by a certain date, any and all non-

exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive

records withheld under claim of exception.; (3) enjoin Defendant from continuing to withhold

any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an

award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5

U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and

proper.


**Dated**: **October 5, 2016**

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

# EXHIBIT A

**HP Officejet Pro 8620 Series**

**Fax Log for**
D
13102754963
Jun 29 2016 1:01PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jun 29 | 12:59PM | Fax Sent | 13018279267 | 2:08<br>N/A | 7 | OK |



# FREEDOM WATCH

▶ www.FreedomWatchUSA.org

▶ **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ▶ (310) 595-0800   ▶ leklayman@gmail.com

June 27, 2016

*VIA CERTIFIED MAIL, FACSIMILE. RETURN RECEIPT REQUESTED.*

**Food & Drug Administration**
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857
Washington, DC 20330-1000
(301) 827-9267 (Facsimile)

Re:   **FREEDOM OF INFORMATION ACT REQUEST**.

Dear Madam/Sir:

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), and its regulations, Larry Klayman, by and through Freedom Watch, Inc., on behalf of his clients, requests that that the Food & Drug Administration ("FDA") produce all documents that refer or relate in any way to the antibiotic, levofloxacin (tradename "Levaquin") and any and all documents that refer or relate in any way to the Congressional hearings concerning former FDA Commissioner, Dr. Margaret Hamburg.

## DEFINITION

For the purposes of this Freedom of Information Act request, the term "document" is hereby defined expansively to include any or all of the following, whether existing as electronic, digital, or computer data, in electronic or digital form, or in paper form: correspondence, letters, memoranda, recommendations, statements, audits, list of names, applications, diskettes, expense logs and receipts, calendar or diary logs, folders, files, books, manuals, pamphlets, drawings, charts, photographs, records, orders, plans, proposals, meeting agendas, minutes of meetings, briefing materials, notes of phone messages or visits, routing slips, buck slips, standard government forms containing information filled in on lines or blank spaces, slide presentations, "card decks" (for presentations at meetings), power-point presentations, facsimiles (faxes), notes, handwritten notes, notes to the file, requests for decision, requests for authorization, tape recordings, video recordings, electronic mail (email) messages, summaries, briefs, orders, written decisions, applications, telephone records, tape recordings, and other documents and things.

1



# FREEDOM WATCH

► www.FreedomWatchUSA.org

► **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ► (310) 595-0800   ► leklayman@gmail.com

Freedom Watch hereby requests that the FDA produce all documents which refer or relate in any way to each of the specific requests stated below, each request considered separately:

Freedom Watch requests any and all information pertaining to the following:

1. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development L.L.C., and Ortho-McNeil-Janssen Pharmaceuticals, Inc., and the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

2. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Dr. Debra Boxwell, an FDA employee, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

3. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Dr. Samuel Maldonado, a member of the FDA Pediatric Advisory Committee, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

4. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Dr. Leona Brenner-Gati, a former Johnson & Johnson executive, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

5. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Karen Weiss, former FDA Director for the Office of Drug Evaluation and Director of the FDA's Safe Use Initiative, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

6. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Laurie Haughey, Health Communications Specialist, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

7. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Dr. Charles Bennett, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.



# FREEDOM WATCH

► www.FreedomWatchUSA.org

► **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ► (310) 595-0800   ► leklayman@gmail.com

8. Any and all Financial Disclosure Statements submitted by former FDA Commissioner Dr. Margaret Hamburg to Congress from May 2009 to the date of this FOIA request.

9. Any and all Ethics Disclosure Statements submitted by former FDA Commissioner Dr. Margaret Hamburg to Congress from May 2009 to the date of this FOIA request.

10. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and James Simons, the Founder of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

11. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, the FDA and James Simons, the Founder of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

12. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and her husband, Peter Brown, co-CEO of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

13. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, the FDA and Peter Brown, co-CEO of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

14. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and Robert Mercer, co-CEO of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

15. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, the FDA and Robert Mercer, co-CEO of Renaissance Technologies, L.L.C. based in New York, regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

16. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg or the



FREEDOM WATCH

► www.FreedomWatchUSA.org

► **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ► (310) 595-0800   ► leklayman@gmail.com

FDA and Senator Patty Murray's office regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

17. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg or the FDA and Senator McCain's office regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

18. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg or the FDA and Senator Flake's office regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

19. Any and all correspondence or communication by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg or the FDA and the Senate Health Committee Senators and staff regarding the fluoroquinolone drug Levaquin, from May 2009 to the date of this FOIA request.

20. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and individuals expressing safety concerns about the fluoroquinolone drug Levaquin from May 2009 to the date of this FOIA request.

21. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and "Novel" status fluoroquinolone drugs from May 2009 to the date of this FOIA request.

22. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and "Breakthrough" status fluoroquinolone drugs from May 2009 to the date of this FOIA request.

23. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, former FDA Commissioner Dr. Margaret Hamburg and then Secretary of State, Mrs. Hillary Clinton, from May 2009 to the date of this FOIA request.

24. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, the final decision to issue the warning that the FDA announced on May 12, 2016, warning about the disabling side effects that can occur by the use of Levaquin.



# FREEDOM WATCH

▶ www.FreedomWatchUSA.org

▶ **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ▶ (310) 595-0800   ▶ leklayman@gmail.com

25. Any and all correspondence or communications by or between, and any records which refer or relate in any way to, the final decision to coin the term FQAD for Fluoroquinolone-Associated Disability during the November 5, 2015 Advisory Committee meeting as well as the report of Barbara Boxwell and presentations.

## **LEGAL REQUIREMENTS**

The Obama Administration has announced its policy of compliance with Freedom of Information Act requests and directed Federal agencies to comply with the following policy: "President Obama and Attorney General Holder have directed agencies to apply a presumption of openness in responding to FOIA requests. The Attorney General specifically called on agencies not to withhold information just because it technically falls within an exception and he also encouraged agencies to make discretionary releases of records. The Attorney General emphasized that the President has called on agencies to work in a spirit of cooperation with FOIA requesters. The Office of Information Policy at the Department of Justice oversees agency compliance with these directives and encourages all agencies to **fully comply with both the letter and the spirit of the FOIA. President Obama has pledged to make this the most transparent Administration in history.**" (emphasis added) http://www.foia.gov/about.html.

Similarly, President Clinton instructed agencies in October 1993 to ensure compliance with both the spirit and the letter of the Act. *See* President Clinton's FOIA Memorandum, U.S. Department of Justice, FOIA Update, Summer/Fall 1993, at 3.

In addition, Attorney General Reno issued a FOIA Memorandum in October 1993 which *inter alia* states, "I strongly encourage your FOIA officers to make 'discretionary disclosures' whenever possible under the Act," and orders "as presumption of disclosure." *See* Attorney General Reno's FOIA Memorandum, U.S. Department of Justice, FOIA Update, Spring 1994, at 1-2.

If any responsive record or portion thereof is claimed to be exempt from production under FOIA, sufficient identifying information (with respect to each allegedly exempt record or portion thereof) must be provided to allow the assessment of the propriety of the claimed exemption. *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert denied*, 415 U.S. 977 (1974). Additionally, pursuant to law, any reasonably segregable portion of a responsive record must be provided after redaction of any allegedly exempt material. 5 U.S.C. § 552(b).

If any documents are withheld subject to any claim of privilege, Freedom Watch requests complete information about each document withheld, including which paragraph of the request to which the document is responsive; the author and title of the document; an explanation of the applicability of the claimed exemption to the contents of the document; and the name and title of each person responsible for the denial.



# FREEDOM WATCH

▶ www.FreedomWatchUSA.org

▶ **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ▶ (310) 595-0800   ▶ leklayman@gmail.com

Freedom Watch requests a waiver of all fees for this request under 5 U.S.C. § 552(a)(4)(A)(iii); *see also, Larson v. Central Intelligence Agency*, 843 F.2d 1482, 1483 (D.C. Cir. 1988); *National Sec. Archive v. U.S. Dept. of Defense*, 880 F.2d 1381, 1385-87 (D.C. Cir. 1989); *see also, Judicial Watch, Inc. v. United States Dep't. of Commerce*, No. 95-0133 (D.D.C. May 16, 1995) (order granting Judicial Watch, Inc.'s request for fee waiver with regard to all responsive documents in proceeding).

Freedom Watch is a non-profit, non-partisan, tax-exempt 501(c)(3) organization that as a public interest law firm specializes in deterring, monitoring, uncovering, and addressing public corruption in government. Freedom Watch has and will hold Republicans, Democrats, and Independents equally accountable to ethical and legal standards for honest and open government. The disclosure of this information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government and is not primarily in the commercial interest of Freedom Watch.

The requester has no commercial purpose as a 501(c)(3) non-profit organization organized exclusively to improve the ethical and legal standards in government, accountability of government officials to the rule of law, and public understanding of government operations.

Freedom Watch will also use the requested material to promote accountable government as a representative of the news media and the public in accordance with 5 U.S.C. § 552(a)(4)(A)(ii)(II) and *National Sec. Archive v. U.S. Dept. of Defense*, 880 F.2d 1381, 1385-87 (D.C. Cir. 1989), by disseminating relevant information which may be uncovered. Information will benefit the public by identifying areas for future reform as well as deterring future abuses that could otherwise proliferate without scrutiny. Freedom watch disseminates into the public through its website www.freedomwatchusa.org, the U.S. mails and on the Internet.

The subject of this request is information concerning the operations and activities of the government. Past experience of Freedom Watch demonstrates its success in uncovering important facts about government activities, integrity and operations, of broad concern to the public. Thus, Freedom Watch's request is likely to "contribute significantly" to the public's understanding of the operations of their government, satisfying the requirements of FOIA fee waiver provisions. Freedom Watch's capabilities and effectiveness are a matter of public record.

Immediate release of the requested information is in the public interest, including for promoting confidence in an honest democratic system, and furthering the integrity of the American national government by deterring and/or sanctioning corrupt activities. The failure to do so will likely result in the further compromise of important interests of the American people.

Here, thousands of individuals died or were severely damaged by the antibiotic, Levaquin.

6



# FREEDOM WATCH

► www.FreedomWatchUSA.org

► **World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ► (310) 595-0800   ► leklayman@gmail.com

Freedom Watch hereby requests expedited processing of this request pursuant to 5 U.S.C. §552 (a)(6)(E)(ii)(I), as there is a compelling need for the information and time is truly of the essence in this matter.

I look forward to receiving the requested documents and a full fee waiver within twenty (20) business days.

Sincerely,

Larry Klayman
Chairman & General Counsel
2020 Pennsylvania Ave. Ste. 345
Washington, DC 20006

leklayman@gmail.com